## UNITED STATE DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JOHN PETERSON JANVIER,**               CASE NUMBER:_____

      Petitioner,

VS.

 **ORANGE COUNTY CLERK OF COURT,**

**TIFFANY MOORE RUSSELL, KIM SHEPARD, L.LUBET**

     Respondent,

_____

### COMPLAINT

Petitioner, John Peterson Janvier , Pro se and files this Complaint against Orange County Clerk of Court, Kim Shepard , L. Lubet for Violation of Petitioner, John Peterson Janvier, Right(s)  "1". **First Amendment** the Constitution of the United States Right freedom of speech and the right to petition the Government for a  redress of grievances.

"2". **Sixth Amendment** the Constitution of the United States Right of Self-Representation, PRO, SE in Court proceeding and state the following:

On Case 2009-CF-016416-A date March 8,2017, the Court issued an Order barring, Banned, Petitioner, John  Peterson Janvier from making any further PRO SE filings.And Order barring, Banned (Attempt to commit carrying a concealed Firearm790.01(2)-1 as a First degree Misdemeanor.

The United States District Court Middle District of Florida has **Subject-matter jurisdiction** First and Sixth Amendment the Constitution of the United States. Request this U.S Federal Court Order, Orange County Clerk of Court 425 N. Orange Ave, Orlando, FL 32801 **UNBAR , PRO SE filings** , Petitioner, John Peterson Janvier.

Respectfully Submitted,
/S/John Peterson Janvier,
1915 Grand isle circle apt 631A
Orlando FL 32810

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S.

US Middle District Court 401 W Central Blvd ,Orlando FL 32801,Date 07/29/2023